1   Brent H. Blakely (SBN 157292)
    bblakely@blakelylawgroup.com
2   Cindy Chan (SBN 247495)
    cchan@blakelylawgroup.com
3   BLAKELY LAW GROUP
    915 North Citrus Avenue
4   Hollywood, California 90038
    Telephone: (323) 464-7400
5   Facsimile: (323) 464-7410

6   *Attorneys for Plaintiffs California*
    *Board Sports, Inc. and Quiksilver, Inc.*
7

```
                  FILED
        CLERK, U.S. DISTRICT COURT

             APR 2 8 2009

        CENTRAL DISTRICT OF CALIFORNIA
        BY                      DEPUTY
```

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11  CALIFORNIA BOARD SPORTS, INC., a     *CASE NO. CV 08-4612 PA (JWJx)*
    California Corporation; QUIKSILVER,
12  INC., a Delaware Corporation,         )[PROPOSED] *ORDER RE*
                                          )*CONSENT JUDGMENT*
13                       Plaintiffs,      )*INCLUDING A PERMANENT*
                                          )*INJUNCTION; VOLUNTARY*
14          vs.                           )*DISMISSAL WITH PREJUDICE AS*
                                          )*TO DEFENDANT CHINA SHOES*
15  AIR NICE SHOES, INC., et al.,         )*CO., LTD. dba HJ SPORTS CO.*
                                          )
16                       Defendants.      )
                                          )

17        Plaintiffs California Board Sports, Inc. and Quiksilver, Inc. ("Plaintiffs") and

18  Defendant China Shoes Co., Ltd. dba HJ Sports Co. ("Defendant") have entered into a

19  Settlement Agreement and Mutual Release as to the claims in the above referenced

20  matter.  Defendant, having agreed to consent to the below terms, it is hereby:

21        **ORDERED, ADJUDGED, and DECREED** as among the parties hereto that:

22        1.    This Court has jurisdiction over the parties to this Final Judgment and has

23  jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

24        2.    Plaintiff Quiksilver, Inc. ("Quiksilver") is the owner of the DC Shoes®

25  Marks, including but not limited to, U.S. Registration Nos. 2317622, 2427124, and

26  3040219 (hereinafter "DC Marks").

27        3.    Plaintiff California Boards Sports, Inc. ("CBSI") is the owner of the brand

28  "Osiris," a company engaged in the sale of casual shoes, accessories and apparel in the

1

[PROPOSED] ORDER RE PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF
DEFENDANT CHINA SHOES CO., LTD. DBA HJ SPORTS CO.

1  skateboarding industry.  CBSI uses several different designs and patterns on its shoes

2  to decorate and embellish the shoes, including, but not limited to, the copyrighted

3  designs entitled "Smoking Gun" (VA0001630187) and "Dollar Rose"

4  (VA0001630186) (hereinafter collectively "Osiris Designs")

5       4.      Plaintiffs have alleged that Defendant's purchase and sale of footwear

6  falsely bearing the DC Marks constitutes trademark infringement and unfair

7  competition under the Lanham Trademark Act, 15 U.S.C. § 1051, et seq. and under the

8  common law.

9       5.      Furthermore, Plaintiffs have alleged that Defendant's purchase and sale

10  footwear falsely bearing the Osiris Designs constitutes copyright infringement and

11  unfair competition under the Copyright Act, 17 U.S.C. § 501, et seq. and under the

12  common law.

13       6.      Defendant and its agents, servants, employees and all persons in active

14  concert and participation with it who receive actual notice of this Final Judgment are

15  hereby permanently restrained and enjoined from infringing upon either the DC Marks

16  or the Osiris Designs, either directly or contributorily, in any manner, including

17  generally, but not limited to manufacturing, importing, distributing, advertising, selling

18  and/or offering for sale any unauthorized product bearing the DC Marks and/or Osiris

19  Designs, or marks confusingly similar to or constituting a colorable imitation thereof,

20  and, specifically from:

21       (a)     using the DC Marks and/or Osiris Designs or any reproduction,

22  counterfeit, copy or colorable imitation of same in connection with the manufacture,

23  importation, distribution, advertisement, offer for sale and/or sale of merchandise

24  comprising not the genuine products of Plaintiffs, or in any manner likely to cause

25  others to believe that the counterfeit products are connected with Plaintiffs or

26  Plaintiffs' genuine merchandise;

27

28

[PROPOSED] ORDER RE PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF
DEFENDANT CHINA SHOES CO., LTD. DBA HJ SPORTS CO.

1    (b)    passing off, inducing or enabling others to sell or pass off any

2  products or other items that are not Plaintiffs' genuine merchandise as and for

3  Plaintiffs' genuine merchandise;

4    (c)    committing any other acts calculated to cause purchasers to believe

5  that Defendant's products are Plaintiffs' genuine merchandise unless they are such;

6  and

7    (d)    shipping, delivering, holding for sale, distributing, returning,

8  transferring or otherwise moving, storing or disposing of in any manner items falsely

9  bearing the DC Marks and/or Osiris Designs, or any reproduction, counterfeit, copy or

10  colorable imitation of same.

11    7.    Plaintiffs and Defendant shall bear their own costs associated with this

12  action.

13    8.    The execution of this Final Judgment by Counsel for the parties shall

14  serve to bind and obligate the parties hereto.

15    9.    The jurisdiction of this Court is retained for the purpose of making any

16  further orders necessary or proper for the construction or modification of this Final

17  Judgment, the enforcement thereof and the punishment of any violations thereof.

18  Except as otherwise provided herein, this action is fully resolved with prejudice as to

19  Defendant China Shoes Co., Ltd. dba HJ Sports Co.

20    10.    This Final Judgment shall be deemed to have been served upon Defendant

21  at the time of its execution by the Court.

22    ORDER

23  IT IS SO ORDERED.

24

25  DATED: _APRIL 28_, 2009

HON. PERCY ANDERSON
**United States District Judge**

26

27

28

3